# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 12-00902-CJC(ANx) | Date | August 17, 2012 |
| Title | Cognify, Inc. v. Total Longterm Care, Inc., et al | | |

Present: The Honorable   CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

| Michelle Urie | Not Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

　　　The Court, on its own motion, hereby ORDERS Defendants, to show cause in writing no later than August 24, 2012, why this action should not be dismissed for lack of prosecution. As an alternative to a written response by Defendants, the Court will consider the filing of one of the following, as an appropriate response to this OSC, on or before the above date:

X　　Answers
X　　Notice of Voluntary Dismissal (FRCivP 41)

　　　No oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by plaintiffs is due.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　: 　0

　　　　　　　　　　　　　　　　　　　　　　　　Initials of Preparer　　mu